IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION
_____

**GORJIAN HOLLYWOOD LLC**

    **Plaintiff,**

**v.**                                                                                               **No. 1:21-cv-1068**
                                                                                                  **JURY DEMANDED**

**FRANKENMUTH MUTUAL INSURANCE**
**COMPANY**

    **Defendant.**
_____

**STIPULATION**
_____

COME NOW the Parties, by and through their respective counsel, and stipulate that the documents specifically referenced herein shall be admissible as evidence in trial of this matter, and that no objection will be lodged by any party as to said admission on any ground whatsoever, including, but not limited to, hearsay and authenticity. The admission of said documents, however, is solely limited to a Phase II trial dealing with the amount of punitive damages, if any, to be awarded to Plaintiff and only if a Phase II trial (punitive damage amount) occurs. Specifically, the documents referenced herein are identified as follows: Defendant's 2017 Annual Statement is bates stamped FMIC 3936-4114; Defendant's 2018 Annual Statement is bates stamped FMIC 4506-4696; Defendant's 2019 Annual Statement is bates stamped FMIC 4115-4308; and Defendant's 2020 Annual Statement is bates stamped 4309-4505.

Approved for Entry:

**McWHERTER SCOTT BOBBITT PLC**

s/ Clinton H. Scott
CLINTON H. SCOTT #23008
clint@msb.law
54 Exeter Rd., Suite D
Jackson, Tennessee 38305
(731) 664-1340

JONATHAN L. BOBBITT #23515
jonathan@msb.law
J. BRANDON McWHERTER #21600
brandon@msb.law
341 Cool Springs Blvd., Suite 230
Franklin, Tennessee 37067
(615) 354-1144

*ATTORNEYS FOR PLAINTIFF*

**BREWER, KRAUSE, BROOKS
& CHASTAIN, PLLC**

s/Matthew B. Rogers w/permission by CHS
E. JASON FERRELL #24425
PARKS T. CHASTAIN #13744
MATTHEW B. ROGERS #038777
545 Mainstream Drive, Suite 101
Nashville TN 37228
(615) 256-8787

*ATTORNEYS FOR DEFENDANT*

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was served upon all counsel of record, via the Court's electronic mailing system to the following on the 25th day of February 2022.

E. Jason Ferrell
jferrell@bkblaw.com
Parks Chastain
pchastain@bkblaw.com
Matthew B. Rogers
mrogers@bkblaw.com
Brewer, Krause, Brooks & Chastain, PLLC
545 Mainstream Drive, Suite 101
Nashville TN 37228


                s/Clinton H. Scott